UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


LARRY LOUIS PORTER,

      Petitioner,

        v.                                      Case No. 8:16-cv-1625-T-24TBM

UNITED STATES OF AMERICA,

      Defendant.

_____/

**<u>ORDER</u>**

      This matter comes before the Court on Petitioner Porter's Motion to Stay 28 U.S.C. § 2255 Proceedings. (Doc. 10). Petitioner, represented by counsel, requests the Court stay his § 2255 proceedings pending the Eleventh Circuit's decision in *United States v. Fritts*, Appeal No. 15-15699-CC. The motion is unopposed by the Government.

      In Petitioner's § 2255 motion, Petitioner challenges the finding that he is an armed career criminal in light of *Johnson v. U.S.*, 135 S.Ct. 2551 (2015), which held the residual clause of the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e)(2)(B)(ii), unconstitutional, and which was held to be retroactive on collateral review by the decision in *Welch v. U.S.*, 136 S.Ct. 1257 (2016). Specifically, Petitioner claims his Florida convictions for robbery and attempted armed robbery no longer qualify as ACCA predicate offenses, and the Eleventh Circuit's decision in *Fritts* will directly impact whether or not he is entitled to relief under *Johnson*.

      Accordingly, the Court orders:

      1. The Motion to Stay is Granted.

2. The Clerk is directed to administratively close this Case.

3. Counsel for Petitioner shall promptly notify the Court upon the issuance of the

Eleventh Circuit's opinion in *Fritts.*

ORDERED at Tampa, Florida, on August 4, 2016.

Susan C. Bucklew

SUSAN C. BUCKLEW
United States District Judge

COPIES FURNISHED TO:
Counsel of Record